UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GARY HART                                           CIVIL ACTION

VERSUS                                              NO. 25-1548

SUNBELT SUPPLY, L.L.C.                              SECTION "R" (1)

## ORDER AND REASONS

Before the Court is plaintiff Gary Hart's unopposed motion to expedite consideration of his opposed motion to modify the scheduling order to extend the discovery deadline in this case.[1]  The Court DENIES the motion for expedited consideration.

New Orleans, Louisiana, this 27th day of May, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]    R. Doc. 22.